**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

TASHA FAY CORBITT

                                                                                                                         PLAINTIFF

vs.                                                      CIVIL ACTION NO. 3:14-CV-91-HTW-LRA

CAROLYN W. COLVIN                                                      DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The defendant's motion to dismiss [docket no. 16] is denied.

**SO ORDERED AND ADJUDGED, this the 27th day of January, 2015.**

                                                                  s/ HENRY T. WINGATE
                                                                  UNITED STATES DISTRICT JUDGE