**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

TASHA FAYE CORBITT
                                                                          PLAINTIFF

vs.                                   CIVIL ACTION NO. 3:14-CV-91-HTW-LRA

CAROLYN W. COLVIN, COMMISSIONER
OF SOCIAL SECURITY                                                DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      This matter comes on pursuant to the Report and Recommendations of United States Magistrate Judge Linda R. Anderson [docket no. 33] recommending that this court grant the defendant's motion to affirm the Commissioner's Decision.  Plaintiff has filed no objection.  Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court.  The plaintiff's action is dismissed with prejudice and this court will enter a final judgment in accordance with the local rules.

      **SO ORDERED AND ADJUDGED, this the 25th day of November, 2015.**

                                                        s/ HENRY T. WINGATE
                                                        UNITED STATES DISTRICT JUDGE